DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PALM BEACH COUNTY,**
Appellant,

v.

**B & B PROPERTIES, INC.,**
Appellee.

No. 4D22-3041

[August 31, 2023]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerard Joseph Curley, Judge; L.T. Case No. 50-2019-CA-008660-XXXX-MB.

Helene C. Hvizd, Senior Assistant County Attorney, West Palm Beach, for appellant.

James K. Green of James K. Green, P.A., West Palm Beach, Louis M. Silber of Silber & Davis, West Palm Beach, and Gary Dunkel of Fox Rothschild LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***